FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 16, 2019
SUE BEITIA, CLERK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MORGAN EARLY #10104
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Morgan.Early@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>KENNETH HYON LIM, )<br><br>Defendant. ) | MAG. NO. 19-01281 WRP<br><br>CRIMINAL COMPLAINT;<br>AFFIDAVIT IN SUPPORT OF<br>CRIMINAL COMPLAINT |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

Count One
Transportation of Child Pornography
(18 U.S.C. § 2252A(a)(1))

On or about January 6, 2019, within the District of Hawaii, KENNETH HYON LIM, the defendant, did knowingly transport any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so.

All in violation of Title 18, United States Code, Section 2252A(a)(1).

I further state that I am a Special Agent with Homeland Security Investigations ("HSI"), and that this Complaint is based upon the facts set forth in the attached "Special Agent's Affidavit in Support of a Criminal Complaint," which is incorporated herein by reference.

DATED:  December 16, 2019, Honolulu, Hawaii.

_____
LAURA DAI
Complainant

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2) on December 16, 2019 in Honolulu, Hawaii.



_____
Wes Reber Porter
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 19-01281 WRP |
| ) | |
| Plaintiff, ) | AFFIDAVIT IN SUPPORT OF |
| ) | CRIMINAL COMPLAINT |
| vs. ) | |
| ) | |
| KENNETH HYON LIM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**INTRODUCTION**

1. This affidavit is submitted for the purpose of establishing probable cause that KENNETH HYON LIM ("LIM"), the defendant, on or about January 6, 2019, violated 18 U.S.C. § 2252A(a)(1), and attempted to do so, within the District of Hawaii, when he knowingly transported child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means or facility of interstate or foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer.

2. I am a Special Agent with Homeland Security Investigations (HSI), and am presently assigned to the Honolulu Field Office, Cyber Group. I have been

employed as a Special Agent with HSI since 1993. I have investigated criminal cases including internet crimes against children, drug smuggling, human smuggling, human trafficking, fraud, illegal exports, financial fraud and other violations. As part of these investigations, I have participated in the service of numerous federal and state search warrants. I have received training in criminal investigations involving child pornography, including training provided by the Internet Crimes Against Children (ICAC) task-force for the investigation of individuals downloading and sharing child pornography. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors.

3. I am familiar with the facts set forth in this affidavit based upon my personal knowledge and information provided to me by other law enforcement personnel and/or witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint charging LIM with violations of federal law. Accordingly, this affidavit does not set forth all of the facts known to me or to law enforcement regarding this matter. Summaries of and statements from conversations do not include references to all topics covered in the

communications. This affidavit is not intended to include each and every fact and matter observed or known to the government.

## **PROBABLE CAUSE**

4. On April 17, 2018, Homeland Security Investigations ("HSI") in Honolulu, Hawaii, received a referral from HSI Tokyo relating to a nine year-old girl in Japan that allegedly sent nude images to an individual believed to be in the United States. According to the National Police Agency of Japan ("NPA"), the suspect was likely to be a Japanese national and university student living in Hawaii. The information included in this referral contained two IP addresses.

5. According to reports authored by the HSI Tokyo Foreign Service, the information received from NPA indicated that this nine year-old girl had started messaging with the suspect online, and that he asked her to send nude photos to him. The reports indicate that this exchange between the victim and the suspect occurred in approximately October and November 2017.

6. According to reports, the victim and her mother explained that the victim initially "met" the suspect online, using her mother's iPad, on an application called "Pokekoro." The victim's communications with the suspect also included messages exchanged on an application called "Coco," though the victim had deleted these messages from the iPad. Investigators in Japan reviewed the camera roll on the mother's iPad, and confirmed it contained child pornography images showing

3

the victim's genitals. Kochi Prefectural Police ("KPP") conducted further investigation into the victim's chats with the suspect on "Pokekoro," and confirmed the victim had sent the nude photos to the suspect, and that the suspect stated he lived in Hawaii and goes to school. KPP also obtained two IP addresses that were used by the suspect to access Pokekoro from September 1, 2017, through December 3, 2017.

7. Law enforcement investigated further, and obtained the subscriber information for one of these IP addresses. This information provided the name of a female subscriber, A.H., with an apartment in Honolulu, Hawaii ("the Apartment") in the account details. HSI conducted an interview of A.H. in May 2018, and she explained that she previously lived in the Apartment, but it was now occupied by her brother, LIM, who lived there alone. She explained LIM was a student in Hawaii, and is a United States citizen. Further investigation revealed that LIM was listed under the Apartment's "Others Residing." An inquiry to the U.S. Postal Service in June 2018 confirmed that LIM was actively receiving mail at the Apartment.

8. Meanwhile, HSI agents started reviewing the translated text messages sent between the victim and the suspect, which were obtained from the victim and her mother. The victim and the suspect both appear to have used multiple usernames during their exchanges. These exchanges included the following messages, which

4

are translated, and not all messages are included. These were exchanged between October 10, 2017, and October 11, 2017:

> Victim: Good evening! Do something! Play with me!
>
> Suspect: What grade and how old?
>
> Victim: 5th grade and 11 years old.
>
> …
>
> Suspect: How many people have you shown your body?
>
> Victim: None
>
> Suspect: Really. I want to see (your body)
>
> Victim: Entire body?
>
> Suspect: I want to see [victim's name's] pussy Entire body too.
>
> Victim: Pussy?
>
> Suspect: I want to see you masturbate.
>
> Victim: Masturbate?
>
> Suspect: Pussy is a girl's crotch. Masturbation is massage of the crotch. Do you understand?
>
> Victim: Kinda.
>
> Suspect: Does your pussy have hairs? Or smooth?
>
> Victim: Smooth.
>
> Suspect: Good.

9. In later conversation, the suspect asks the victim to "show," meaning send him explicit photos, and asks her to use a different application, "Coco." According to the victim's report to law enforcement, she sent nude images to the

suspect on November 3, 2017, and November 10, 2017, using Coco. The messages sent by the victim to the suspect on "Coco" have not yet been recovered. Further messages the suspect sent the victim on Pokekoro include: "Hey bitch send quickly," and "Show again when you go home. Go to the restroom now and take off your panties." On the evening of November 11, 2017, the suspect again requested that the victim send photos, and the victim replies that she cannot "because grandpa is awake." The suspect then responds, "Hey wait, fuckin bitch. Take off your panties by the time you go home."

10. On January 6, 2019, LIM arrived at the Honolulu International Airport, aboard a flight from Japan. HSI and Customs and Border Protection officers stopped LIM at the border, asked him to identify his belongings, and conducted a baggage examination. LIM presented a United States passport, and a Hawaii driver's license on which the Apartment was listed as his address. HSI secured a forensic examination of two digital devices in LIM's possession at the border, one Macbook Air and one iPhone.

### Agents Interview LIM

11. That same day, HSI agents interviewed LIM. LIM stated that he lives in the Apartment, which is owned by his father. He confirmed he is a student in Hawaii, and that he had owned the Macbook Air for about the past two years (*i.e.*, roughly since January 2017). Agents informed LIM that they were going to detain

his laptop and computer to conduct a forensic review. LIM also told agents that he was arrested in 2016 by police in Japan, because since 2014 he had been in contact with over one hundred females around the ages of 10-12 over the internet. He stated that used a social media application to meet these girls, and that the application was known to be used by pedophiles. LIM admitted that he had been exchanging nude images with these minor females, and then spent one month in jail in Japan. LIM also admitted that he used the social media application Pokecolo (he was not sure if that was the same as Pokekoro). LIM stated that he was banned from using this application due to his prior activity involving minors. It is unknown to me when this ban would have taken effect, if in fact it ever did.

12. LIM claimed there were no nude photos of minors on his phone or computer. He stated there were nude images of this girlfriend on his phone, but not his laptop, and that she was eighteen years old. LIM stated that when he was arrested in Japan in 2016, he was using the same phone that HSI seized that day, though he claimed he had deleted photos of the minors from this iPhone in the presence of Japanese authorities.

### Review of LIM's Devices

13. After LIM's laptop and iPhone were detained on January 6, 2019, HSI examined the iPhone and created a preliminary forensic analysis. On approximately January 16, 2019, law enforcement agents found multiple images depicting minor

females estimated to be ten to thirteen years old. Some of these minor females were fully nude with their breasts visible, and some were spreading their legs to expose their genitals to the camera. Law enforcement also examined text messages in the iPhone and found several messages between LIM and another individual on approximately June 20, 2018. LIM writes to this other individual that he has a 12-13 year old girlfriend in Osaka, Japan.

14.   On May 10, 2019, HSI obtained a federal search warrant, Mag. No. 19-421 RT, for the continued seizure and further forensic search of the iPhone and Macbook laptop.

15.   On December 14, 2019, and December 15, 2019, I reviewed the digital content of LIM's iPhone. I found the iPhone contained thousands of images and hundreds of videos containing depictions of minors engaged in sexually explicit conduct, as further described in detail below. These included sexually explicit videos depicting minor females who I estimate to be six to thirteen years old, based on my training and experience, and based on their bone structure, relative size, and factors such as presence of pubic hair and breast development. Some of these minor females were fully nude with their breasts and vagina visible, and some were spreading their legs to expose their genitals, engaging sex acts with adult males to the camera. Some specific videos I reviewed on the iPhone are described as follows:

1. Name of the file: 1GNY2mjoa1k7I3zP.mp4, video is approximately 2 minutes and 20 seconds in length depicting an adult male having sexual vaginal intercourse with a naked toddler female. The adult male is using his hand to massage the toddler female's vagina and using his penis to penetrate the toddler's vagina.

2. Name of the file: EikiTgY3mLgFGUXD.mp4, video is approximately 42 seconds in length depicting a toddler female naked from her waist down. An adult male is putting his finger into the toddler's vagina and using his penis to penetrate the toddler's rectum.

3. Name of file: cO0CR0rmAt8qW_IV.mp4, video is approximately 2 minutes and 20 seconds in length depicting a young female who I estimated to be 8 to 10 years old, based on my training and experience. This minor female was naked lying on a bed. An adult male was using his penis to penetrate her vagina.

4. Name of file: 3nvq_-HkgddMQDT.mp4, video is approximately 45 seconds in length depicting a minor female who I estimated to be 5 to 7 years old, based on my training and experience. This minor female was using her hands to massage an adult male's penis. The adult male then places his penis into her mouth; he appears to instruct her to perform oral sex on him.

5. Name of file: 97gBsnH5vG2t2-G8.mp4, video is approximately 16 seconds in length depicting a minor female who I estimated to be 5 to 7 years old, based on my training and experience. This minor female was wearing a dark blue shirt, naked from waist down, making painful sound while an adult male using his penis to penetrate her rectum.

16. The iPhone also contained many other videos and images of minor females either fully or partial nude masturbating, or having sex with adult males. The above descriptions are only provided to establish probable cause that LIM

committed the federal offense of transporting child pornography located on his iPhone into the District of Hawaii, and attempted to do so, on or about January 6, 2019.

## CONCLUSION

Based on the foregoing, I believe that there is probable cause to arrest KENNETH HYON LIM for the violation of federal law set forth above.

Respectfully submitted,

LAURA DAI
Special Agent
Homeland Security Investigations

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2). Based upon the foregoing, the undersigned Judicial Officer finds that there is probable cause to believe that defendant above-named committed the crimes charged in the Criminal Complaint this 16th day of December, 2019.



Wes Reber Porter
United States Magistrate Judge

10