# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-cr-00015 JAO |
| CASE NAME: | United States of America v. Kenneth Hyon Lim |
| ATTYS FOR PLA: | Christine Olson |
| ATTYS FOR DEFT: | Craig Jerome |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Ann Matsumoto |
| DATE: | 3/2/2022 | TIME: | 10:00am-11:26am |

COURT ACTION: **AMENDED** EP: Waiver of Indictment, and Arraignment and Plea to the Felony Information as to Defendant Kenneth Hyon Lim was conducted by video teleconference (VTC).

Defendant Kenneth Hyon Lim was in custody and participated by VTC.

Interpreter Tsugumi Hasebe was sworn and also participated by VTC. The Declaration of Interpreter to be filed.

Pursuant to the Coronavirus Aid Relief and Economic Security Act, also known as the CARES Act, the Court finds that this hearing cannot be conducted in person without seriously jeopardizing public health and safety. The Court further finds that this hearing cannot be further delayed without serious harm to the interests of justice and must be conducted by video teleconference for the following specific reasons:

First, the current Coronavirus Aid, Relief, and Economic Security Act (CARES Act) Order issued by the Chief Judge of the District of Hawaii authorizes the use of video/telephonic hearings for specified matters in criminal cases through April 4, 2022. In the Order the court made the appropriate findings as required under the CARES Act that certain felony pleas under Rule 11 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety. This includes pleas by defendants, such as Defendant here, who are currently housed at BOP facilities, including Honolulu's Federal Detention Center.

Second, the coronavirus pandemic is a problem with no discernible end in sight.

Third, both Defendant and the government have an interest in the timely resolution of this case short of trial.

Fourth, Defendant is currently housed at FDC and bringing him to court could present a risk of infection to Defendant, counsel, the Court and its staff, and personnel and inmates at FDC.

**The Court advised the government of its obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.**

Defendant sworn.

Defendant questioned by the Court.

Waiver of Indictment was signed and filed.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the crimes as charged in the Felony Information.

Government summarized the evidence it would present if the case went to trial.

Defendant advised of his rights, including his right to trial by jury, etc.

Plea of GUILTY entered to Count 1 of the Felony Information by Defendant Kenneth Hyon Lim. The Court accepts the guilty plea and the defendant is adjudged guilty.

Memorandum of plea agreement filed, acceptance deferred until after review of the presentence report.

Referred for presentence investigation and report, and SENTENCING is set for 7/26/2022 at 9:00 a.m. before Judge Jill A. Otake.

Preliminary hearing set for 3/24/2022 at 9:30 a.m. before the Honorable Magistrate Judge Kenneth J. Mansfield in Mag. No. 1:19-mj-01281-WRP as to Defendant Kenneth Hyon Lim is VACATED.

Defendant Kenneth Hyon Lim to remain in custody at FDC Honolulu pending sentencing.

Submitted by: Shelli Mizukami, Courtroom Manager