CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CHRISTINE OLSON
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Christine.Olson2@usdoj.gov

Attorneys for the
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Case No. 22-00015 JAO |
|---|---|---|
| Plaintiff, | ) ) ) | RESPONSE TO COURT'S ORDER, ECF NO. 72; EXHIBIT A; CERTIFICATE OF SERIVCE |
| vs. | ) ) | |
| KENNETH HYON LIM, | ) ) | |
| Defendant. | ) ) | |

## RESPONSE TO COURT'S ORDER, ECF NO. 72

The Court has directed the government to file a declaration indicating the date that the government requested a translation of the messages contained in ECF

No. 63-1.  ECF No. 72.  Attached as Exhibit A is a Declaration in response to that direction from the Court.

DATED:   September 23, 2022

                                      Respectfully submitted,

                                      CLARE E. CONNORS, #7936
                                      United States Attorney
                                      District of Hawaii

                                      By /s/ Christine Olson
                                      CHRISTINE OLSON
                                      Assistant U.S. Attorney